# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-20771-FAM

CORINNE PICCINETTI,

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.

_____/

## **DECLARATION OF RYAN ALLAIN**

I, Ryan Allain, declare:

1. I am over 18 years of age, and I am the Corporate Representative of MSC Cruises, S.A..

2. I have personal knowledge of the matters set forth herein.

3. The decking materials that makes up the majority of the deck area of the exterior portion of Deck 14 of the *MSC Divina* is Bolidt.

4. MSC Cruises, S.A. did not install the Bolidt on Deck 14 of the *MSC Divina*.

5. The Bolidt on the external portion of Deck 14 of the *MSC Divina* is permanently attached to the underlying steel deck, and provides a watertight barrier.

6. If a section of the exterior portion of Deck 14 were to be removed, the resulting hole would cause the *MSC Divina* to fall out of compliance with International Convention for the Safety of Life at Sea (SOLAS).

7. Upon repair, the *MSC Divina* would require inspection by the Classification Society.

8. The *MSC Divina* cannot operate while out of compliance with SOLAS.

9. The *MSC Divina* cannot operate without approval from the flag state and attending Classification Society.

I declare, under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true.

Dated: 26 APR 2018

_____
Ryan Allain